UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FANG WANG,

    Plaintiff,

v.

    Case No. 2:17-cv-86
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Elizabeth P. Deavers

HONDA LOGISTICS NORTH AMERICA,

    Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on March 6, 2017. (ECF No. 4.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **DENIES** Plaintiff's Application to Proceed *In Forma Pauperis* and Plaintiff is ordered to pay the required $400 filing fee within **FOURTEEN (14) DAYS** if she intends to proceed.

    **IT IS SO ORDERED.**

4-15-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE